IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| JAIME LUEVANO, | ) | |
|     Plaintiff, | ) | Civil Action No. 7:12cv00275 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| U.S. SUPREME, *et al.*, | ) | By:  Norman K. Moon |
|     Defendants. | ) | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby **ADJUDGED AND ORDERED** that Luevano's complaint is hereby **DISMISSED** without prejudice pursuant to 28 U.S.C. §1915(g); and this case will be **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to a send certified copy of this Order and the accompanying Memorandum Opinion to plaintiff.

ENTER:   This 19th day of July, 2012.

_____
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE